UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES PHILIP DOUGLAS,

    Plaintiff,

v.

DEPARTMENT OF CORRECTION, et al.,

    Defendants.

CASE NO. C14-5507 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 29. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**; and

(2)    Defendants' Motion for Summary Judgment (Dkt. 23) is granted, and Plaintiff's claims are dismissed with prejudice.

Dated this 16th day July, 2015.

BENJAMIN H. SETTLE
United States District Judge

ORDER